MARSH v. SMITH.

1. **Appeal:** PRACTICE: AMENDED ABSTRACT NOT DENIED. An amended abstract filed by appellee, showing that appellant's abstract is not true, is regarded as true, unless denied by appellant.

2. **Judgment:** WHO BOUND BY: INTERESTED PERSON AIDING IN DEFENSE. One who is interested in an action, and has knowledge of it, and employs counsel to defend in it for him, is bound by the judgment, even though he is not a party of record. (Compare *McNamee v. Moreland*, 26 Iowa, 96, and *Stoddard v. Thompson*, 31 Id., 80.)

*Appeal from Polk Circuit Court.*

THURSDAY, OCTOBER 27. .

ACTION to recover upon breaches of the covenants of warranty in a deed for city lots, executed by defendant to plaint-

| 73 | 295 |
| 81 | 313 |
| 73 | 295 |
| 82 | 710 |
| 73 | 295 |
| 83 | 44 |
| 73 | 295 |
| 85 | 330 |
| 73 | 295 |
| 90 | 146 |
| 73 | 295 |
| 91 | 734 |
| 73 | 295 |
| 94 | 716 |
| 73 | 295 |
| 97 | 598 |
| 100 | 641 |
| 73 | 295 |
| 133 | 676 |

iff. The cause was tried without a jury, and judgment rendered in the court below for plaintiff. Defendant appeals.

*Baylies & Baylies* and *Ira M. Anderson*, for appellant.

*St. John & Whisenand*, for appellee.

BECK, J.—I. The petition shows the execution of a deed for city lots, executed by defendant to plaintiff, with covenants of warranty, and avers a breach thereof, in that defendant was not seized of the estate and title conveyed in the deed, which were in another. It further shows the commencement of an action against plaintiff in a state court, of which defendant had notice, and the expenditure of money by plaintiff in its defense, and the prosecution of another action in the United States court, wherein a judgment was rendered against plaintiff, quieting the title of the lots in another; the same parties who had commenced the other action. The defendant, in his answer, denies the allegations of the petition.

II. The defendant assigns as error the rulings of the circuit court in admitting and rejecting evidence upon the trial.

1. APPEAL: practice: amended abstract not denied. But an amended abstract filed by plaintiff, which is not denied, shows that the rulings complained of were not made; but all evidence in question was admitted subject to consideration as to its competency in the final decision of the case. The abstracts failed to show rulings on the questions of the competency of the evidence. The amended abstract not having been denied, it must be regarded as correct. The objections urged by defendant, therefore, are not supported by the abstracts.

III. Counsel for defendant insist that the transcript of the judgment of the United States court was erroneously

2. JUDGMENT: who bound by: interested person aiding in defense. admitted in evidence, and does not support the judgment of the court below, for the reason that it is not shown that defendant was a party thereto. The amended abstract, as we have stated, shows that the question as to the competency of this and other evidence was

reserved, to be determined upon the final decision of the case. It may be presumed that the court below held the transcript of the judgment of the United States court competent. The abstract shows that the circuit court was authorized to find that defendant had knowledge of the suit, and advised and authorized the employment of counsel to defend it for him. Being interested in the suit, and thus aiding in its defense, he was bound by the judgment rendered thereon. (*McNamee v. Moreland*, 26 Iowa, 96; *Stoddard v. Thompson*, 31 Id., 80.)

We reach the conclusion that the judgment of the circuit court ought to be

AFFIRMED.